**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7911**

———————

EDDIE LEVORD TAYLOR,

        Plaintiff - Appellant,

    v.

DENNIS DANIELS; NURSE GARRISON; NURSE DANIELS; NURSE CURTIS;
MARVIN CASINO; NURSE DANIAL; NURSE GRESSNER; MR. BURGESS;
MR. BURCH; MR. SMITH; OFFICER MCCRORY; OFFICER TAYLOR;
OFFICER PURVISH; OFFICER MCLEAN; OFFICER NEUHOFF; OFFICER
STEVENS; OFFICER MERCER; SERGEANT ARTHUR; SERGEANT ELLIS;
SERGEANT ANDRAN,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:13-ct-03080-BO)

———————

Submitted: March 12, 2015        Decided: March 17, 2015

———————

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eddie Levord Taylor, Appellant Pro Se. Judith Marie Estevez,
Assistant Attorney General, Raleigh, North Carolina; Ginger
Bagley Hunsucker, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh,
North Carolina; Donna Elizabeth Tanner, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Levord Taylor appeals the district court's orders denying his motions for appointment of counsel and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Taylor's motion to appoint counsel and affirm for the reasons stated by the district court. Taylor v. Daniels, No. 5:13-ct-03080-BO (E.D.N.C. Oct. 24, 2013; May 2, 2014; Dec. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2